IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL LAWRENCE CASSIDY,

    Petitioner,

v.                                    4:20cv131–WS/HTC

RICKY D. DIXON,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 50) docketed December 22, 2021. The magistrate judge recommends that Petitioner's motion (ECF No. 43) for certificate of appealability be granted. No objections to the report and recommendation have been filed.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 50) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's motion (ECF No. 43) for certificate of appealability is GRANTED.

3. A certificate of appealability is GRANTED as to (1) whether the state court's order dated October 10, 2017, was a *nunc pro tunc* order under state law; and (2) whether the state court's vacating of one count of a multi-count judgment created a new judgment under 2244(d) and 2254, thereby restarting the 1 year federal clock.

DONE AND ORDERED this   7th   day of   February  , 2022.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE